# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

143559

EDWIN HOLLENBECK and BRENDA
HOLLENBECK,
         Plaintiffs-Appellants,

v

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
         Defendant-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC:  143559
COA:  297900
Ingham CC:  09-000166-CK

On order of the Court, the application for leave to appeal the June 30, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk

h1219